IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CEDRIC M. SCOTT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| HOUSING AUTHORITY OF THE CITY OF AUSTIN, SOUTHWEST HOUSING COMPLIANCE CORPORATION, JIM HARGROVE, PRESIDENT/CEO AND MICHAEL CUMMINGS, VICE-PRESIDENT OF ASSET MANAGEMENT | § § § § § § § § § | Civil Action Number A07-CA-766 LY |
| Defendants. | § § | |

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CEDRIC M. SCOTT ("Plaintiff") and Defendants, HOUSING AUTHORITY OF THE CITY OF AUSTIN and SOUTHWEST HOUSING COMPLIANCE CORPORATION ("Defendants") (jointly, the "Parties") jointly move the Court to dismiss the above-captioned cause with prejudice. As grounds for this Motion, the Parties show the Court the following:

1. No further controversy remains between Plaintiff and Defendants requiring resolution by the Court.

2. The Parties have agreed that each shall bear its own attorney's fees and costs.

ACCORDINGLY, the Parties move the Court for an Order dismissing this case with prejudice, with each Party to bear its own costs.

Respectfully submitted,

By: _____
      Cedric M. Scott

PLAINTIFF, PRO SE


EWBANK & BYROM, P.C.
1210 Nueces Street
Austin, TX   78701
(512) 476-1080
(512) 476-7770 (Facsimile)


By: _____
      Jim Ewbank
      Texas State Bar No.  06752710

      Tamra J. English
      Texas State Bar No.  00785843

ATTORNEYS FOR DEFENDANTS
HOUSING AUTHORITY OF THE CITY OF
AUSTIN and SOUTHWEST HOUSING
COMPLIANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CEDRIC M. SCOTT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| HOUSING AUTHORITY OF THE § | Civil Action Number A07-CA-766 LY |
| CITY OF AUSTIN, SOUTHWEST § | |
| HOUSING COMPLIANCE § | |
| CORPORATION, JIM HARGROVE, § | |
| PRESIDENT/CEO AND MICHAEL § | |
| CUMMINGS, VICE-PRESIDENT OF § | |
| ASSET MANAGEMENT § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On this the _____ day of _____, 2008, the Court considered the Parties' Agreed Motion for Dismissal, seeking dismissal of this cause with prejudice. The Court finds that no further controversy remains between Plaintiff and Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that all of Plaintiff's claims in this action be and hereby are dismissed with prejudice, with each Party to bear its own attorney's fees and costs.

SIGNED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT /
PRESIDING JUDGE